IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DASSAULT SYSTEMES DEUTCHLAND GMBH, and DASSAULT SYSTEMES SOUTH AFRICA (PTY) LTD,**<br>　　　　Plaintiffs/Counter-Defendants,<br><br>　　　v.<br><br>**SASHA RAJCEVICH,**<br>　　　　Defendant/Counter-Claimant. | **CIVIL ACTION**<br><br><br><br>**NO. 23CV4490** |

## O R D E R

**AND NOW**, this 17th day of May, 2024, upon consideration of Plaintiffs' Motion to Dismiss Counterclaims (ECF No. 20), Defendant's opposition thereto (ECF No. 24), and Plaintiff's reply (ECF No. 25), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Defendant's fourth counterclaim (intentional infliction of emotional distress) is **DISMISSED WITH PREJUDICE**. The remaining counterclaims are **DISMISSED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Wendy Beetlestone
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**